UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**LEXINGTON INSURANCE**

    Plaintiff,

    v.

**NONPROFIT INSURANCE ALLIANCE**

    Defendant.

No. C-**13-00445** EDL

**ORDER OF CONDITIONAL DISMISSAL**

The Court has been informed that the parties have settled this case. IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before October 10, 2013, for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: July 10, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge